**Perry L. CRAWFORD, Sr.,
Plaintiff—Appellant,**

v.

**John CROW, Superintendent at
Lincoln Correctional Center,
Defendant—Appellee.**

**No. 05–7254.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 24, 2006.

Decided: Aug. 8, 2006.

Perry L. Crawford, Sr., Appellant Pro Se.

Before WILLIAMS, KING, and SHEDD, *Circuit Judges*.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Perry L. Crawford, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crawford v. Crow*, No. CA–05–41–1 (W.D.N.C. July 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*